UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
:
HOPETON FRANCIS,
:
              Plaintiff,
:   1:09-cv-02103 (SAS)
    -against-
:   ORDER GRANTING LEAVE
CITY OF NEW YORK, OFFICER FLOWERS,   TO FILE THIRD
OFFICER ANTIONNE, OFFICER SANDERS, :   AMENDED COMPLAINT
INVESTIGATOR PAGAN, CAPTAIN REYES,
and JOHN DOES 1-3,                  :

              Defendants.   :
- - - - - - - - - - - - - - - - -x

Upon review of PLAINTIFF'S application for leave to file a Third Amended Complaint, which DEFENDANTS do not oppose, leave to amend is granted. Therefore,

IT IS ORDERED that:

1. Leave is GRANTED to PLAINTIFF to file the Third Amended Complaint, attached hereto as Exhibit A.

2. The DEFENDANTS are given 30 days from the service of the amended complaint to respond to it.

Dated: November ~~, 2009~~
       Dec. 2

                                              _____
                                              Honorable Shira Scheindlin
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/09